RECEIVED

AUG 20 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BLAKE SANDLAIN, Petitioner | CIVIL ACTION NO. 1:18-CV-717-P |
| VERSUS | JUDGE DEE D. DRELL |
| CALVIN JONES, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED without prejudice to the claim being raised in a <u>Bivens</u> action.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 20th day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE